1028

No. 84–984.   NATIONAL BROADCASTING CO., INC. *v.* HERMAN ET AL.; and

No. 84–1133.   HERMAN ET AL. *v.* NATIONAL BROADCASTING CO., INC.   C. A. 7th Cir.   Certiorari denied.

No. 84–1012.   HANEY, ADMINISTRATOR OF THE ESTATE OF MAYES *v.* CITY OF LOUISVILE, KENTUCKY, ET AL.   Ct. App. Ky. Certiorari denied.

No. 84–1085.   METROPOLITAN LIFE INSURANCE CO. *v.* KELLEY.   C. A. 9th Cir.   Certiorari denied.

No. 84–1090.   LOSTAL ET AL. *v.* MANVILLE CORP. ET AL. C. A. 2d Cir.   Certiorari denied.

No. 84–1106.   NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS ET AL. *v.* FREDERICK MEISWINKEL, INC.   C. A. 9th Cir.   Certiorari denied.

No. 84–1114.   BLAIR *v.* COMMITTEE ON LEGAL ETHICS OF THE WEST VIRGINIA STATE BAR.   Sup. Ct. App. W. Va.   Certiorari denied.

No. 84–1115.   LEGAL SERVICES CORPORATION ET AL. *v.* EAST ARKANSAS LEGAL SERVICES.   C. A. D. C. Cir.   Certiorari denied.

No. 84–1118.   ATKINS *v.* TENNESSEE.   Ct. Crim. App. Tenn. Certiorari denied.

No. 84–1119.   GOLDBERG *v.* SITOMER, SITOMER & PORGES ET AL.   Ct. App. N. Y.   Certiorari denied.

No. 84–1123.   ARMOUR & CO. *v.* HOLSEY ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 84–1124.   PARA TRANSIT CORP. ET AL. *v.* COUNTY OF MONROE ET AL.   Pa. Commw. Ct.   Certiorari denied.

No. 84–1129.   CONTI ET AL. *v.* FORD MOTOR CO.   C. A. 3d Cir.   Certiorari denied.

No. 84–1158.   SINGER ET AL. *v.* WADMAN ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 84–1162.   BURLINGTON NORTHERN RAILROAD CO. *v.* CLAY. C. A. 10th Cir.   Certiorari denied.